## J. B. CASE V. THOMAS FRAHM.

No. 15,144. (91 Pac. 1131.)

Error from Rawlins district court; ABEL C. T. GEIGER, judge. Opinion filed July 5, 1907. Affirmed.

*W. E. Saum,* for plaintiff in error.
*Fred Robertson,* for defendant in error.

*Per Curiam:* We are unable to distinguish this case from the cases of *Ordway v. Cowles,* 45 Kan. 447, 25 Pac. 862, and *Robidoux v. Munson,* 75 Kan. 207, 88 Pac. 1085, and are satisfied with the conclusions reached in those cases. The judgment of the trial court is therefore affirmed.